**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Malama K. Chibwe                                    CHAPTER 13

                    Debtor(s)                                              BKY. NO. 20-10465 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 and index same on the master mailing list.

                                      Respectfully submitted,
                              **/s/ Rebecca A. Solarz Esquire**
                              Rebecca A Solarz, Esquire
                              Kevin G. McDonald, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322