```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                         Case No. 20-10465-mdc
Malama K. Chibwe                                               Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi              Page 1 of 1            Date Rcvd: Feb 03, 2020
                        Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2020.
db          +Malama K. Chibwe,    135 Buckwalter Rd.,    Royersford, PA 19468-2729
            +Black Diamond Networks Inc.,    23 Main St.,    Andover, MA 01810-3730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2020 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Malama K. Chibwe aaamcclain@aol.com,  edpabankcourt@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                 TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Chibwe, Malama K.

    Debtor(s) : 20-10465

**ORDER DIRECTING EMPLOYER* TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Black Diamond Networks, Inc.
23 Main St
Andover, MA 01810**

Re: **Chibwe, Malama K.**
SSN: xxx-xx-3822

    The future earnings of the above named debtor Chibwe, Malama K., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of :**$1,500.00 for 6 months and then the payment shall increase to $4,500.00,** prorata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$1,500.00 for 6 months then the payment increases to $4,500.00 for 54 months**
    William C. Miller, Trustee
    P.O. Box 1799
    Memphis, TN  38101-1799

BY THE COURT: _Magdeline D. Coleman_
    MAGDELINE D. COLEMAN                                            February 3, 2020
    CHIEF U.S. BANKRUPTCY JUDGE

Black Diamond Networks, Inc.
23 Main St
Andover, MA 01810

Chibwe, Malama K.

135 Buckwalter Rd.
Royersford, PA 19468


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Case 20-10465-mdc    Doc 16    Filed 02/05/20    Entered 02/06/20 00:59:44    Desc Imaged
Certificate of Notice    Page 3 of 3