# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : Chapter 13
    Chibwe, Malama K.
    Debtor  :  20-10465

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion for Extension of the Automatic Stay, it is hereby

**ORDERED** that after consideration of the motion and objection thereto on February 18, 2020; the Automatic Stay under 11 U.S.C. Section 362 is to remain in full force and effect as to all creditors until the deadline to file the stipulated ORDER on March 18, 2020.

Dated: _____

    BY THE COURT:

    _____
    Magdeline D. Coleman
    Chief United States Bankruptcy Judge

John L. Mc Clain, Esquire
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Chibwe, Malama K.
135 Buckwalter Rd.
Royersford, PA 19468