United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Malama K. Chibwe  
    Debtor

Case No. 20-10465-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Feb 20, 2020  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.  
db           +Malama K. Chibwe,    135 Buckwalter Rd.,    Royersford, PA 19468-2729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:  
         JOHN L. MCCLAIN    on behalf of Debtor Malama K. Chibwe aaamcclain@aol.com, edpabankcourt@aol.com  
         MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com, jrydzewski@HillWallack.com;skenny@hillwallack.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                   TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
Chibwe, Malama K.
Debtor : 20-10465

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion for Extension of the Automatic Stay, it is hereby

**ORDERED** that after consideration of the motion and objection thereto on February 18, 2020; the Automatic Stay under 11 U.S.C. Section 362 is to remain in full force and effect as to all creditors until the deadline to file the stipulated ORDER on March 18, 2020.

Dated: 2/20/2020

BY THE COURT:

_Magdeline D. C_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

John L. Mc Clain, Esquire
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Chibwe, Malama K.
135 Buckwalter Rd.
Royersford, PA 19468