UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| MALAMA K. CHIBWE | : | Bankruptcy No. 20-10465-MDC |
| | : | |
| Debtor | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case, be given to the Commonwealth by serving the undersigned counsel.

JOSH SHAPIRO
ATTORNEY GENERAL

DATED: February 27, 2020        BY:   /s/ Christopher R. Momjian
Christopher R. Momjian
Senior Deputy Attorney General
PA I.D. No. 57482
Office of Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215) 560-2424
Fax: (717) 772-4526
E-mail: crmomjian@attorneygeneral.gov

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| MALAMA K. CHIBWE | : | Bankruptcy No. 20-10465-MDC |
| | : | |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

I, Christopher R. Momjian, hereby certify that Notice of Appearance has been filed electronically on February 27, 2020, and is available for viewing and downloading from the Court's Electronic Case Filing System.

I further certify that I have this day served the foregoing document by first class mail, postage prepaid, on the following:  Not Applicable.

JOSH SHAPIRO
ATTORNEY GENERAL

DATED:   February 27, 2020        BY:   */s/ Christopher R. Momjian*

Christopher R. Momjian
Senior Deputy Attorney General
PA I.D. No. 57482
Office of Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215) 560-2424
Fax: (717) 772-4526
E-mail: crmomjian@attorneygeneral.gov