**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>**Malama K. Chibwe**<br>Debtor | CHAPTER 13<br><br>CASE NO.: 20-10465-mdc |

**ORDER APPROVING THE STIPULATION RESOLVING OBJECTION TO DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY**

AND NOW, this  13th  day of  March , 2020, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Case Administrator to mail:

Cc:   William C. Miller, Esquire, Chapter 13 Trustee
       Debtor: 135 Buckwalter Road, Royersford, PA 19468
       Counsel for Debtor: John L. McClain, Esquire,
       Counsel for Creditor: Michael J. Shavel, Esquire

{06357276; 1}