United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 20-10465-mdc
Malama K. Chibwe                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John           Page 1 of 1           Date Rcvd: Mar 13, 2020
                         Form ID: pdf900      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2020.
```
db            +Malama K. Chibwe,    135 Buckwalter Rd.,    Royersford, PA 19468-2729
14463604      +Wilmington Trust, National Association, not in its,    C/O KML Law Group,
               701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Mar 14 2020 03:44:17      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2020 03:43:37
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2020 03:44:14      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE          +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2020 03:43:37
               Commonwealth of Pennsylvania Department of Revenue,    Dept. 280946,
               Harrisburg, PA 17128-0001
                                                                                              TOTAL: 4
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2020 at the address(es) listed below:
```
              CHRISTOPHER R. MOMJIAN    on behalf of    Commonwealth of Pennsylvania Department of Revenue
               crmomjian@attorneygeneral.gov
              JOHN L. MCCLAIN    on behalf of Debtor Malama K. Chibwe aaamcclain@aol.com, edpabankcourt@aol.com
              MICHAEL J. SHAVEL    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com,
               jrydzewski@HillWallack.com;skenny@hillwallack.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>**Malama K. Chibwe**<br>Debtor | CHAPTER 13<br><br>CASE NO.: 20-10465-mdc |

**ORDER APPROVING THE STIPULATION RESOLVING OBJECTION TO DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY**

AND NOW, this 13th day of March, 2020, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Case Administrator to mail:

Cc:   William C. Miller, Esquire, Chapter 13 Trustee
      Debtor: 135 Buckwalter Road, Royersford, PA 19468
      Counsel for Debtor: John L. McClain, Esquire,
      Counsel for Creditor: Michael J. Shavel, Esquire

{06357276; 1}