# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Malama K. Chibwe
                Debtor(s)

Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, its successors and/or assigns
                Movant
vs.

Malama K. Chibwe
                Debtor(s)

William C. Miller Esq.
                Trustee

CHAPTER 13

NO. 20-10465 MDC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, which was filed with the Court on or about **April 1, 2020, docket number 30**.

                Respectfully submitted,

                By: **/s/ Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322
                Attorney for Movant/Applicant

May 11, 2020