**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 20-10465-MDC

MALAMA K. CHIBWE

135 BUCKWALTER RD.

ROYERSFORD, PA 19468-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MALAMA K. CHIBWE

    135 BUCKWALTER RD.

    ROYERSFORD, PA 19468-

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                                                  /S/ William C. Miller

Date: 7/1/2020                                      _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee