United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Malama K. Chibwe  
    Debtor

Case No. 20-10465-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Jul 22, 2020 |
| | Form ID: 167 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2020.
```
db             +Malama K. Chibwe,    135 Buckwalter Rd.,    Royersford, PA 19468-2729
aty            +ANGELA CATHERINE PATTISON,    Hill Wallack, LLP,    1415 Route 70 East,    Suite 309,
                Cherry Hill, NJ 08034-2210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2020 at the address(es) listed below:
```
              CHRISTOPHER R. MOMJIAN    on behalf of    Commonwealth of Pennsylvania Department of Revenue
               crmomjian@attorneygeneral.gov
              JOHN L. MCCLAIN    on behalf of Debtor Malama K. Chibwe aaamcclain@aol.com,    edpabankcourt@aol.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com,
               skenny@hillwallack.com;lharkins@hillwallack.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Malama K. Chibwe
    Debtor(s)

Case No: 20−10465−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Response to Certification of Default

on: 8/18/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 7/22/20

For The Court

Timothy B. McGrath
Clerk of Court

47 − 46
Form 167