# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 20-10465-MDC

MALAMA  K. CHIBWE

135 BUCKWALTER RD.

ROYERSFORD, PA 19468-

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MALAMA  K. CHIBWE

135 BUCKWALTER RD.

ROYERSFORD, PA 19468-

Counsel for debtor(s), by electronic notice only.

JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

/S/ William C. Miller

Date: 8/7/2020      _____

William C. Miller, Esquire
Chapter 13 Standing Trustee