# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| **IN RE:**<br><br>**Malama K. Chibwe**<br>Debtor | CHAPTER 13<br><br>CASE NO.: 20-10465-mdc<br><br>HEARING DATE: August 18, 2020<br>TIME: 10:30 AM<br>PHILADELPHIA TELEPHONIC HEARING |

### ORDER APPROVING THE STIPULATION RESOLVING THE CREDITOR'S CERTIFICATION OF DEFAULT

AND NOW, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

September 14, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge