United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Malama K. Chibwe  
    Debtor

Case No. 20-10465-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Sep 14, 2020  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2020.
```
db          +Malama K. Chibwe,   135 Buckwalter Rd.,   Royersford, PA 19468-2729
aty         +ANGELA CATHERINE PATTISON,   Hill Wallack, LLP,   1415 Route 70 East,   Suite 309,
              Cherry Hill, NJ 08034-2210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2020 at the address(es) listed below:
```
          CHRISTOPHER R. MOMJIAN    on behalf of    Commonwealth of Pennsylvania Department of Revenue
           crmomjian@attorneygeneral.gov
          JOHN L. MCCLAIN    on behalf of Plaintiff Malama K. Chibwe aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Debtor Malama K. Chibwe aaamcclain@aol.com,   edpabankcourt@aol.com
          MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com,
           skenny@hillwallack.com;lharkins@hillwallack.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| IN RE:<br><br>Malama K. Chibwe<br>Debtor | CHAPTER 13<br><br>CASE NO.: 20-10465-mdc<br><br>HEARING DATE: August 18, 2020<br>TIME: 10:30 AM<br>PHILADELPHIA TELEPHONIC HEARING |
|---|---|

**ORDER APPROVING THE STIPULATION RESOLVING THE
CREDITOR'S CERTIFICATION OF DEFAULT**

AND NOW, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

September 14, 2020

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge