**Black Diamond Networks, Inc.**
**23 Main Street**
**Andover, MA  01810**

**(978) 474-9980**

**Black Diamond networks**

\* \* \* \* \* \* \* **D E P O S I T   A D V I C E** \* \* \* \* \* \* \*

| | **Deposit Date** | **Deposit Amount** |
|---|---|---|
| To the Order Of | 11/27/2020 | $2,781.86 |

**CHIBWE, MALAMA**
135 BUCKWALTER ROAD
ROYERSFORD, PA 19468

\* \* \* Non negotiable \* \* \*

| CHIBWE, MALAMA | | CHI822 | XXX-XX-3822 | Single0 | PA | Check #: | -1 | 11/27/2020 |
|---|---|---|---|---|---|---|---|---|

Period: 11/15/2020 to 11/21/2020

| | CUR | Hours | YTD | CUR | Pay | YTD | | | **Other Pay, Additions and Deductions Analysis** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 40.00 | | 598.00 | 5,200.00 | | 61,271.75 | | | **CUR** | **YTD** | | **CUR** | **YTD** |
| Overtime | 0.00 | | 12.00 | 0.00 | | 1,762.50 | *P/R ADJ - NAT | 0.00 | 0.00 | *BONUS - LOC | 0.00 | 0.00 |
| Doubletime | 0.00 | | 0.00 | 0.00 | | 0.00 | EXPENSES REIM | 0.00 | 10,768.73 | 401k LOAN RE | 0.00 | 0.00 |
| Total Hourly | 40.00 | | 610.00 | 5,200.00 | | 63,034.25 | CONTRACT WAG | 0.00 | 0.00 | DIR DEP - SAV | 0.00 | 0.00 |
| Other Pay* | | | | 0.00 | | 0.00 | BONUS - Contr-B | 0.00 | 0.00 | Expenses- unbill | 0.00 | 0.00 |
| Gross Pay | | | | 5,200.00 | | 63,034.25 | DIRECT DEPOSIT | (2,781.86) | (44,156.78) | IRS TAX LEVY | 0.00 | 0.00 |
| Other Adds and Deds | | | | (3,390.73) | | (43,722.53) | 401k W/H - PA Wa | 0.00 | 0.00 | *Vacation Pay - | 0.00 | 0.00 |
| Total Taxes | | | | (1,809.27) | | (19,311.72) | GARNISHMENTS | (608.87) | (10,334.48) | EXP REIMB - W | 0.00 | 0.00 |
| Net Pay | | | | 0.00 | | 0.00 | INVOICE ADJ - C | 0.00 | 0.00 | 125 Plan Medica | 0.00 | 0.00 |
| | | | | | | | EMP ADVANCE | 0.00 | 0.00 | *F1-J1 WAGES | 0.00 | 0.00 |
| **Tax Analysis** | | | | **Current** | | **YTD** | *JURY DUTY | 0.00 | 0.00 | Healthcare Value | 0.00 | 0.00 |
| Federal | | | | 1,251.83 | | (12,554.46) | 401K WITHHELD | 0.00 | 0.00 | | | |
| State | | | | 159.64 | | (1,935.14) | LEVY - GARNISH | 0.00 | 0.00 | Total Adds and Deds | (3,390.73) | (43,722.53) |
| Social Security | | | | 322.40 | | (3,908.12) | *Taxable Reimb. | 0.00 | 0.00 | | | |
| Medicare | | | | 75.40 | | (914.00) | *Bonus - Nat^l-B | 0.00 | 0.00 | | | |
| Local Taxes | | | | $0.00 | | $0.00 | PER DIEM - CA-B | 0.00 | 0.00 | **Net Deposit:** | | **($2,781.86)** |
| | | | | | | | PER DIEM - NAT | 0.00 | 0.00 | | | |
| Total Taxes | | | | 1,809.27 | | (19,311.72) | | | | **Work State:** | | **PA** |

Cust: 2APO51  40 Reg at 130.00

| SickTimeAccrued: | 0.00 | SickTimeUsed: | 0.00 | SickTimeAccuredThisYear: | 0.00 | SickTimeHoursAvailable: | 0.00 |
|---|---|---|---|---|---|---|---|