United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Malama K. Chibwe

    Debtor(s)

Case No. 20-10465-mdc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: 155 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Malama K. Chibwe, 135 Buckwalter Rd., Royersford, PA 19468-2729 |
| 14457229 | + | Acs Inc, Attn: Bankruptcy, PO Box 56317, Philadelphia, PA 19130-6317 |
| 14457230 | + | Benchmark Federal Cred, 1522 Mcdaniel Dr, West Chester, PA 19380-7034 |
| 14478178 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14457231 | + | Capital Recovery Syste, 310 South St, Plainville, MA 02762-1547 |
| 14457232 | + | Chipo M. Chibwe, 135 Buckwalter Rd., Royersford, PA 19468-2729 |
| 14457233 | | Citi South Dakota, NA, c/o Blatt, HasenMiller, Leibseker & Moor, 125 S. Wacker Dr, Ste 400, Chicago, Ill 60606-4440 |
| 14474156 | + | Commonwealth of PA Dept. of Revenue, Christopher R. Momjian, PA Office of Attorney General, The Phoenix Bldg., 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 14457235 | + | Daniel Santucci, Esq, 1835 Market St, Ste 501, Philadelphia, Pa 19103-2933 |
| 14457236 | + | Department of Revenue, Commonwealth of PA, P.O. Box 280948, Harrisburg, PA 17128-0948 |
| 14457239 | + | Fair Collections & Out, 12304 Baltimore Ave Unite E, Beltsville, MD 20705-1314 |
| 14457240 | + | Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14457241 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14457244 | + | Manley Deas Kochalshi, LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14463604 | + | Wilmington Trust, National Association, not in its, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14501163 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 24 2020 03:51:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14457234 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 24 2020 03:51:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02886 |
| 14477672 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 24 2020 03:18:37 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14457237 | + | Email/PDF: pa_dc_ed@navient.com | Dec 24 2020 03:06:32 | Dept Of Ed/sallie Mae, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14457238 | | Email/Text: bankruptcy@frost-arnett.com | Dec 24 2020 03:51:00 | Fac/nab, Attn: ABK Unit, PO Box 198988, Nashville, TN 37219 |
| 14457242 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 24 2020 03:51:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14473201 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2020 03:18:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14457243 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2020 03:06:32 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14457245 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 24 2020 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Department, PO Box 280946, Harrisburg, PA 17128-0946, ATTN: Michael Martin, Chief |

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: 155 | Total Noticed: 26 |

| 14460414 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
|---|---|---|---|
| | | Dec 24 2020 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14457246 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 24 2020 03:11:50 | Pinnacle Credit Service, Attn: Bankruptcy, PO Box 640, Hopkins, MN 55343-0640 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14489796 | * | Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 14457247 | ##+ | Zucker, Goldberg & Ackerman, LLC, 200 Sheffield Street, Ste 101, Mountain, NJ 07092-2315 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2020               Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| JOHN L. MCCLAIN | on behalf of Plaintiff Malama K. Chibwe aaamcclain@aol.com  edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Debtor Malama K. Chibwe aaamcclain@aol.com  edpabankcourt@aol.com |
| MICHAEL J. SHAVEL | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Malama K. Chibwe
             Debtor(s)                                 Chapter: 13

                                                       Bankruptcy No: 20−10465−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this December 23, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                    Magdeline D. Coleman
                                    Chief Judge ,
                                    United States Bankruptcy Court

                                                                    73
                                                              Form 155