United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                        Case No. 20-10465-mdc

Malama K. Chibwe                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Malama K. Chibwe, 135 Buckwalter Rd., Royersford, PA 19468-2729 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2021         Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | |
| | on behalf of Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| JOHN L. MCCLAIN | |
| | on behalf of Plaintiff Malama K. Chibwe aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | |
| | on behalf of Debtor Malama K. Chibwe aaamcclain@aol.com edpabankcourt@aol.com |
| MICHAEL J. SHAVEL | |
| | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com |

United States Trustee              USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                                   on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
                                   ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                         **: Chapter 13**
  **Chibwe, Malama K.**

    **Debtor**              **: 20-10465**

### ORDER

    **AND NOW**, upon consideration of the Amended Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

    It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $12,500.00 and $6.80 for expenses.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $2,500.00 which was paid by the Debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:** January 21, 2021

_Magdeline D. Coleman_

Magdeline D. Coleman
**CHIEF U.S. BANKRUPTCY JUDGE**