**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>**Malama K. Chibwe**<br>Debtors | CHAPTER 13<br><br>CASE NO.: 20-10465-mdc<br><br>RELATED DOCUMENT:83 |

## PRAECIPE TO AMEND DOC #83

A Certification of Default, having been filed in this action by Wilmington Trust, National Association, not in its Individual Capacity, but solely as Trustee for MFRA Trust 2014-2 ("Movant"), by and through its counsel, Hill Wallack, LLP.,

**PLEASE TAKE NOTICE** that the Movant hereby Amends its Certification of Default #83 filed February 5, 2021.

HILL WALLACK, LLP

By: */s/ Angela C. Pattison, Esq.*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com

Dated: February 9, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

IN RE:

**Malama K. Chibwe**
Debtors

CHAPTER 13

CASE NO.: 20-10465-mdc

RELATED DOCUMENT: #83

## **CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of the Praecipe to Amend in the manner indicated below:

**Malama K. Chibwe**
135 Buckwater Rd.
Royersford, PA 19468
**Debtor**
**Via Regular Mail**

**John L. McClain, Esquire**
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072
**Counsel for Debtor**
**Via ECF**

Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19105
**United States Trustee**
**Via ECF**

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
**Chapter 13 Trustee**
**Via ECF**

By: */s/ Angela C. Pattison, Esq.*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com