# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>**Malama K. Chibwe**<br>Debtors | CHAPTER 13<br><br>CASE NO.: **20-10465-mdc** |

### ORDER FOR STAY RELIEF
### AND PROSPECTIVE IN REM STAY RELIEF PURSUANT TO 11 U.S.C. 362(d)(4)

AND NOW, this  17th  day of   February   , 2021, upon the Motion of **Wilmington Trust, National Association, not in its Individual Capacity, but solely as Trustee for MFRA Trust 2014-2** ("Movant"), and after the filing of a Certification of Default, it is,

ORDERED AND DECREED THAT: The automatic stay of all proceedings, as provided by 11 U.S.C. § 362(a) is modified with respect to premises, **135 Buckwalter Road, Royersford, PA 19468** as more fully set forth in the legal description attached to said mortgage, to allow the Movant to foreclose on its mortgage or take any legal or consensual action enforcement of its right to possession of, or title to, said premises (such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

ORDERED THAT: Absent relief from the Court on notice to Movant and its counsel, the filing of any future bankruptcy proceedings by the Debtor and/or any persons shall not cause the automatic stay to go into effect with respect to the real property known as **135 Buckwalter Road, Royersford, PA 19468** for a period of two years from the date of this Order pursuant to 11 U.S.C. §362(d)(4).

ORDERED AND DECREED THAT: Rule 4001(a)(3) is not applicable and **Wilmington Trust, National Association, not in its Individual Capacity, but solely as Trustee for MFRA Trust 2014-2** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

*Magdeline D. Coleman*
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

{08577335; 1}