United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Malama K. Chibwe  
    Debtor

Case No. 20-10465-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Malama K. Chibwe, 135 Buckwalter Rd., Royersford, PA 19468-2729 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 apattison@hillwallack.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| JOHN L. MCCLAIN | on behalf of Debtor Malama K. Chibwe aaamcclain@aol.com  edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Plaintiff Malama K. Chibwe aaamcclain@aol.com  edpabankcourt@aol.com |
| MICHAEL J. SHAVEL | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com |

REBECCA ANN SOLARZ

on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>**Malama K. Chibwe**<br>Debtors | CHAPTER 13<br><br>CASE NO.: **20-10465-mdc** |

### ORDER FOR STAY RELIEF
### AND PROSPECTIVE IN REM STAY RELIEF PURSUANT TO 11 U.S.C. 362(d)(4)

AND NOW, this _17th_ day of ___February___, 2021, upon the Motion of **Wilmington Trust, National Association, not in its Individual Capacity, but solely as Trustee for MFRA Trust 2014-2** ("Movant"), and after the filing of a Certification of Default, it is,

ORDERED AND DECREED THAT: The automatic stay of all proceedings, as provided by 11 U.S.C. § 362(a) is modified with respect to premises, **135 Buckwalter Road, Royersford, PA 19468** as more fully set forth in the legal description attached to said mortgage, to allow the Movant to foreclose on its mortgage or take any legal or consensual action enforcement of its right to possession of, or title to, said premises (such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

ORDERED THAT: Absent relief from the Court on notice to Movant and its counsel, the filing of any future bankruptcy proceedings by the Debtor and/or any persons shall not cause the automatic stay to go into effect with respect to the real property known as **135 Buckwalter Road, Royersford, PA 19468** for a period of two years from the date of this Order pursuant to 11 U.S.C. §362(d)(4).

ORDERED AND DECREED THAT: Rule 4001(a)(3) is not applicable and **Wilmington Trust, National Association, not in its Individual Capacity, but solely as Trustee for MFRA Trust 2014-2** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

{08577335; 1}