# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10465-MDC

MALAMA K. CHIBWE

135 BUCKWALTER RD.

ROYERSFORD, PA 19468-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MALAMA K. CHIBWE

    135 BUCKWALTER RD.

    ROYERSFORD, PA 19468-

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 4/9/2021

                        /S/ William C. Miller
                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee