United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10465-mdc |
| Malama K. Chibwe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 06, 2021 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Malama K. Chibwe, 135 Buckwalter Rd., Royersford, PA 19468-2729 |
| 14457229 | + | Acs Inc, Attn: Bankruptcy, PO Box 56317, Philadelphia, PA 19130-6317 |
| 14457230 | + | Benchmark Federal Cred, 1522 Mcdaniel Dr, West Chester, PA 19380-7034 |
| 14478178 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14457231 | + | Capital Recovery Syste, 310 South St, Plainville, MA 02762-1547 |
| 14457232 | + | Chipo M. Chibwe, 135 Buckwalter Rd., Royersford, PA 19468-2729 |
| 14457233 | | Citi South Dakota, NA, c/o Blatt, HasenMiller, Leibseker & Moor, 125 S. Wacker Dr, Ste 400, Chicago, Ill 60606-4440 |
| 14474156 | + | Commonwealth of PA Dept. of Revenue, Christopher R. Momjian, PA Office of Attorney General, The Phoenix Bldg., 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 14457235 | + | Daniel Santucci, Esq, 1835 Market St, Ste 501, Philadelphia, Pa 19103-2933 |
| 14457236 | + | Department of Revenue, Commonwealth of PA, P.O. Box 280948, Harrisburg, PA 17128-0948 |
| 14457239 | + | Fair Collections & Out, 12304 Baltimore Ave Unite E, Beltsville, MD 20705-1314 |
| 14457240 | + | Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14457241 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14457244 | + | Manley Deas Kochalshi, LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14463604 | + | Wilmington Trust, National Association, not in its, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 07 2021 03:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 07 2021 03:03:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| NONE | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 07 2021 03:03:00 | Commonwealth of Pennsylvania Department of Revenue, Dept. 280946, Harrisburg, PA 17128-0001 |
| 14457234 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 07 2021 03:03:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02886 |
| 14501163 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 07 2021 03:03:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14477672 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 07 2021 02:55:28 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14457237 | + | Email/PDF: pa_dc_ed@navient.com | May 07 2021 02:55:26 | Dept Of Ed/sallie Mae, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14457238 | | Email/Text: bankruptcy@frost-arnett.com | May 07 2021 03:02:00 | Fac/nab, Attn: ABK Unit, PO Box 198988, Nashville, TN 37219 |
| 14457242 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: pdf900 | Total Noticed: 29 |

| | | | May 07 2021 03:03:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
|---|---|---|---|---|
| 14473201 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2021 02:53:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14457243 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2021 02:53:45 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14457245 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 07 2021 03:03:00 | Pennsylvania Department of Revenue, Bankruptcy Department, PO Box 280946, Harrisburg, PA 17128-0946, ATTN: Michael Martin, Chief |
| 14460414 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 07 2021 03:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14457246 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2021 02:53:45 | Pinnacle Credit Service, Attn: Bankruptcy, PO Box 640, Hopkins, MN 55343-0640 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14489796 | * | Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 14457247 | ##+ | Zucker, Goldberg & Ackerman, LLC, 200 Sheffield Street, Ste 101, Mountain, NJ 07092-2315 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 apattison@hillwallack.com, ldejesus@hillwallack.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| JOHN L. MCCLAIN | on behalf of Debtor Malama K. Chibwe aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Plaintiff Malama K. Chibwe aaamcclain@aol.com edpabankcourt@aol.com |
| MICHAEL J. SHAVEL | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 06, 2021 | Form ID: pdf900 | Total Noticed: 29 |

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  Chapter 13
MALAMA K. CHIBWE

            Debtor                     Bankruptcy No. 20-10465-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

May 6, 2021

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
MALAMA K. CHIBWE

135 BUCKWALTER RD.

ROYERSFORD, PA 19468-